George F. Halfacre, Appellant, v. Board of Education of School District No. 167, Donoho Prairie School et al., Appellees.

Term No. 47F18.

opinion filed April 23, 1947; rehearing denied May 26, 1947; released for publication June 2, 1947. Dowell & Dowell, for appellant; Crain & Hall, for appellees. Opinion by JUSTICE BARTLEY. Not to be published in full.